UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA STRATEGIES   v.   MICHAEL HEWITT, et al.

DATE:   July 6, 2007     CASE NO.   2:07-cv-00485-RRB-DAD

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS
SETTING ASIDE DEFAULT**

---

Before the Court are Defendants with a Motion to Set Aside Default at Docket 9. Plaintiff opposes at Docket 20 and the Magistrate Judge has provided the Court with an Order and Findings and Recommendation at Docket 24.

The Court has reviewed the entire matter and finds that the dispute can be resolved on the pleadings without the need for oral argument or additional pleadings.

The Court concludes that, under the circumstances and providing that Defendants pay Plaintiff $5,000 in costs incurred in relation to the default on or before July 20, 2007, Defendants' Motion to Set Aside Default should be **GRANTED.**

Therefore, once defense counsel has notified the Clerk of Court that the aforesaid payment has been made, the Default previously entered in this matter shall be set aside and Defendants' Answer may be filed.