Timothy A. Charshaf, Esq. (SBN 139873)
**The Heritage Law Group, A P.C.**
1101 Investment Boulevard, Suite 160
El Dorado Hills, California 95762
Telephone: (916) 939-8600
Facsimile: (916) 939-8601

Attorneys for Defendants
MICHAEL HEWITT, CALSTRATEGY GROUP, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STRATEGIES, LLC, a California Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL HEWITT, an individual, and CALSTRATEGY GROUP, LLC, a California Limited Liability Company,<br><br>Defendants. | CASE NO.: 2:07-CV-00485-DFL-DAD<br><br>STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND TO ALLOW DEFENDANTS TO FILE ANSWERS; ORDER |

    IT IS HEREBY STIPULATED by and between Defendants MICHAEL HEWITT and CALSTRATEGY GROUP, LLC, ("Defendants") and Plaintiff CALIFORNIA STRATEGIES, LLC ("Plaintiff") to set aside the Clerk's Entry of Default, filed on August 14, 2007.

    IT IS HEREBY FURTHER STIPULATED Defendants' Answers filed on August 14, 2007 shall be considered timely filed and served.

Page 1
STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND TO ALLOW DEFENDANTS TO FILE ANSWERS; ORDER

IT IS HEREBY FURTHER STIPULATED Defendants shall pay Plaintiff the sum of $225.00 as costs and fees incurred in preparing and filing the Request for Entry of Default and related matters. Said payment shall be made at the time this Stipulation is submitted to the Court.

The Heritage Law Group, a P.C.

Dated: August 23, 2007          By: /S/ Timothy A. Charshaf, Esq.
                                    Timothy A. Charshaf, Esq.
                                    Attorney for Defendant

Law Offices of Neil L. Shapiro

Dated: August ___, 2007         By: /S/ Neil L. Shapiro, Esq. (As
                                    Authorized on August 24, 2007)
                                    Neil L. Shapiro, Esq.
                                    Attorney for Plaintiff

ORDER

In accordance with the stipulation of the parties through their respective counsel and good cause appearing therefore:

IT IS ORDERED that the Clerk's Entry of Default against Defendants MICHAEL HEWITT and CALSTRATEGY GROUP, LLC, shall be set aside and said Defendants' Answers filed on August 14, 2007 shall be considered to be timely filed and served.

Dated: September 10, 2007

/s/ Ralph R. Beistline

Honorable Ralph R. Beistline

Page 2
STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND TO ALLOW DEFENDANTS TO FILE ANSWERS; ORDER

PDF created with pdfFactory trial version www.pdffactory.com