NEIL L. SHAPIRO (SBN 051547)
LAW OFFICES OF NEIL L. SHAPIRO
2100 Garden Road, Suite C
Monterey, California  93940
Telephone:	(831) 372-3700
Facsimile:	(831) 372-3701

Attorneys for Plaintiff
CALIFORNIA STRATEGIES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STRATEGIES, LLC, a California Limited Liability Company<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MICHAEL HEWITT, an Individual, and CALSTRATEGY GROUP, LLC, a California Limited Liability Company<br><br>　　　　　Defendants. | No. 2:07 - CV – 00485 – JAM – DAD<br><br>**ORDER GRANTING MOTION TO ENFORCE SETTLEMENT BY ENTRY OF JUDGMENT**<br><br>Date:　　　July 9, 2007<br>Time:　　　9:00 a.m.<br>Courtroom:　6; Fourteenth Floor |

　　　　The Motion to Enforce Settlement by Entry of Judgment filed herein by Plaintiff California Strategies, LLC, came on regularly to be heard before the above-entitled Court on July 9, 2008.  Plaintiff California Strategies, LLC, appeared by Neil L. Shapiro, and defendants Michael Hewitt and CalStrategy Group, LLC, appeared by Timothy Charshaf.  The Court, having read the papers submitted by the parties, having considered the arguments of counsel and being fully informed in this matter, rules as follows:

　　　　IT IS HEREBY ORDERED that the Motion Enforce Settlement by Entry of Judgment

1

PDF created with pdfFactory trial version www.pdffactory.com

is GRANTED

Dated:  July 9, 2008

/s/ John A. Mendez

HON. JOHN A. MENDEZ
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com