NEIL L. SHAPIRO (SBN 051547)
LAW OFFICES OF NEIL L. SHAPIRO
2100 Garden Road, Suite C
Monterey, California 93940
Telephone:    (831) 372-3700
Facsimile:    (831) 372-3701

Attorneys for Plaintiff

CALIFORNIA STRATEGIES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STRATEGIES, LLC, a California Limited Liability Company<br><br>                    Plaintiff,<br><br>          v.<br><br>MICHAEL HEWITT, an Individual, and CALSTRATEGY GROUP, LLC, a California Limited Liability Company<br><br>                    Defendants. | No. 2:07 - CV – 00485 – JAM – DAD<br><br>**JUDGMENT**<br><br>Date:         July 9, 2007<br>Time:         9:00 a.m.<br>Courtroom:  6; Fourteenth Floor |

Upon the granting of the Motion to Enforce Settlement by Entry of Judgment filed herein by plaintiff California Strategies, LLC,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendants Michael Hewitt and CalStrategy Group, LLC, and all those acting in concert or participation with them, are permanently enjoined and restrained from use for any purpose of the name "CalStrategy" or any other name confusingly similar to "California Strategies;"

IT IS FURTHER ORDERED, ADJUDGED AND DECREED the defendants Michael Hewitt and CalStrategy Group, LLC, shall forthwith (1) cause the registrar of the "www.calstrategy.com" domain name to transfer all ownership rights therein to plaintiff California

1

PDF created with pdfFactory trial version www.pdffactory.com

Strategies, LLC, and (2) change their registrations with all state agencies and other governmental bodies to a name that is not confusingly similar to "California Strrategies;" and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that defendants Michael Hewitt and CalStrategy Group, LLC, shall pay to California Strategies, LLC, the sum of $1,500 in attorney's fees and costs.

Dated: July 9, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com